UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>    *Plaintiff*,<br><br>v.<br><br>PAUL JOHNSON,<br><br>    *Defendant*. | Crim. No. 19-887<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

    The Court entered an order on January 26, 2022, D.E. 329, in which it required the Government to produce for *in camera* review a list of its anticipated trial witnesses. The Government provided the list, which the Court reviewed *in camera*. As a result, and for good cause shown,

    **IT IS** on this 3rd day of February 2022 hereby

    **ORDERED** that the Government is not required to make any additional disclosures in response to Defendant's motion for the identity of co-conspirators and the designation of other witnesses.

                                                                         s/ John Michael Vazquez
                                                                        John Michael Vazquez, U.S.D.J.